UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20039-CR-MORENO/BECERRA

18 U.S.C. § 876(c)
18 U.S.C. § 115(a)(1)(B)
18 U.S.C. § 1038(a)(1)(A) and (c)
18 U.S.C. § 981(a)(1)(c)

FILED BY _____MP_____ D.C.
Feb 6, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

MICHAEL DEAN DREW,

   Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Mailing Threatening Communications
### (18 U.S.C. § 876(c))

On or about May 4, 2023, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MICHAEL DEAN DREW,**

did knowingly cause to be delivered by the United States Postal Service, a communication addressed to C.M.A. at "United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128," containing a threat to injure the person of C.M.A., and the Defendant sent the message with the intent to communicate a true threat or with the knowledge that it would be viewed as a true threat, in violation of Title 18, United States Code, Section 876(c).

It is further alleged that such communication was addressed to a United States judge, an official who is covered by Title 18, United States Code, Section 1114.

## COUNT 2
### Threatening to Assault and Murder a United States Judge
### (18 U.S.C. § 115(a)(1)(B))

On or about May 4, 2023, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MICHAEL DEAN DREW,**

did threaten to assault and murder a United States judge, with the intent to retaliate against such judge on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 3
### False Information and Hoaxes
### (18 U.S.C. § 1038(a)(1)(A) and (c))

On or about May 4, 2023, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MICHAEL DEAN DREW,**

did engage in conduct with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed and where such information indicated that an activity had taken place, was taking place, and will take place that would constitute a violation of Chapter 10 of Title 18, United States Code, that is, Title 18, United States Code, Section 175, use of a biological weapon against any person or property within the United States, in that the Defendant made statements by mail reporting the placement of chemicals in the mailing directed to 400 North Miami Avenue, Miami, Florida 33132, in violation of Title 18, United States Code, Section 1038(a)(1)(A) and (c).

## COUNT 4
**Mailing Threatening Communications**
**(18 U.S.C. § 876(c))**

On or about August 28, 2023, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MICHAEL DEAN DREW,**

did knowingly cause to be delivered by the United States Postal Service, a communication addressed to P.A.S. at "United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128," containing a threat to injure the person of P.A.S., and the Defendant sent the message with the intent to communicate a true threat or with the knowledge that it would be viewed as a true threat, in violation of Title 18, United States Code, Section 876(c).

It is further alleged that such communication was addressed to a United States judge, who is covered by Title 18, United States Code, Section 1114.

## COUNT 5
**Threatening to Assault and Murder a United States Judge**
**(18 U.S.C. § 115(a)(1)(B))**

On or about August 28, 2023, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MICHAEL DEAN DREW,**

did threaten to assault and murder a United States judge, with the intent to retaliate against such judge on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 6
## Mailing Threatening Communications
## (18 U.S.C. § 876(c))

On or about August 28, 2023, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MICHAEL DEAN DREW,**

did knowingly cause to be delivered by the United States Postal Service, a communication addressed to P.A.S. at "United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128," containing a threat to injure a person at that address, and the Defendant sent the message with the intent to communicate a true threat or with the knowledge that it would be viewed as a true threat, in violation of Title 18, United States Code, Section 876(c).

It is further alleged that such communication was addressed to the United States Marshals, who are covered by Title 18, United States Code, Section 1114.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **MICHAEL DEAN DREW**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 115(a)(1)(B), as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

All pursuant to Title 18, United States Code, Section 981(a)(1)(c), and the procedures set forth at Title 21, United States Code, Section 853, both of which are incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

███████████████████████████████

FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
ZACHARY A. KEELER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     CASE NO.: 24-20039-CR-MORENO/BECERRA

v.

MICHAEL DEAN DREW,

                   Defendant.
_____/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
- [X] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I [X] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [X] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of N/A
10. Defendant(s) in state custody as of N/A
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
Zachary A. Keller
Assistant United States Attorney
Court ID No. A5502767

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** MICHAEL DEAN DREW

**Case No:** _____

Counts #: 1 & 4

Mailing Threatening Communications

Title 18, United States Code, Section 876(c)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Counts #: 2 & 5

Threatening to Assault and Murder a United States Judge

Title 18, United States Code, Section 115(a)(1)(B)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #: 3

False Information and Hoaxes

Title 18, United States Code, Section 1038(a)(1)(A)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.