U.S. Department of Justice
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

FILED BY **KAN** D.C.
Feb 16, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

NO. 24-CR-20039-FAM

**UNITED STATES OF AMERICA**

v.

MICHAEL DEAN DREW
_____/
        Defendant.

Inmate Name: MICHAEL DEAN DREW

Inmate #: DC# 297013

### PETITION WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. A INITIAL APPEARANCE/ARRAIGNMENT is pending in this Court against MICHAEL DEAN DREW, DC# 297013 the above styled case, and it is set for as to the defendant on April 10, 2024 at 99 NE 4th Street, Courtroom 10-5, Miami, FL 33132

2. The defendant is now confined in the Columbia Correctional Institution (Male) at 216 S.E. Corrections Way, Lake City, FL 32025-2013

3. It is necessary to have the defendant before this Court for a INITIAL APPEARANCE/ARRAIGNMENT as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for said INITIAL APPEARANCE/ARRAIGNMENT and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _____
ZACHARY A. KELLER
ASSISTANT UNITED STATES ATTORNEY

cc:   U.S. Attorney (AUSA ZACHARY A. KELLER )