UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20039-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

MICHAEL DEAN DREW,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL**

Michael Drew, through undersigned counsel, files this unopposed motion to continue trial and accompanying pretrial deadlines and respectfully requests that this Court enter an Order continuing the trial and pretrial deadlines for 60 days. In support, counsel states the following:

1.    Mr. Drew was charged via indictment with two counts of mailing threatening communications in violation of 18 USC § 875(c), two counts of threatening to assault and murder a United States judge in violation of 18 USC § 115(a)(1)(B), and one count of false information and hoaxes in violation of 18 USC § 1038(a)(1)(A). (DE 1). On March 6, 2024, Mr. Drew was arraigned on the indictment and stipulated to pre-trial detention. (DE 2).

2.    Calendar call is April 2, 2024, and the two-week trial period begins April 8, 2024. (DE 10).

3.    On March 12, 2024, the government provided discovery. On March 20,

2024, the government filed its first response to the standing discovery order and provided on additional discovery. (DE 11).

4. On March 21, 2024, the government filed a superseding indictment, which includes three additional counts of mailing threatening communications in violation of 18 USC § 876(c). (DE 12).

5. To allow sufficient time for arraignment on the superseding indictment and for counsel to review the new charges with Mr. Drew, review the discovery—including any potentially forthcoming discovery related to the three new counts—and investigate the case, counsel requests a 60 day continuance. Additionally, counsel requested records from BOP and DOC, which will assist with case preparation. The continuance will allow time for BOP and DOC to provide the records and for counsel to review them.

6. Counsel conferred with Assistant United States Attorney Zachary Keller, who advised he has no objection to the motion.

WHEREFORE, the Defendant, Michael Drew, respectfully requests that this Court grant the unopposed motion and enter an Order continuing Mr. Drew's trial and pretrial deadlines for 60 days.

>Respectfully submitted,
>MICHAEL CARUSO
>FEDERAL PUBLIC DEFENDER
>
>By: */s/ Ashley Kay*
>Ashley Kay
>Florida Bar No. 78991
>Assistant Federal Public Defender
>150 W. Flagler Street, Suite 1700
>Miami, Florida 33130-1556
>(305) 530-7000
>ashley_kay@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Ashley Kay*