UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20039-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL DEAN DREW,

    Defendant.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been **SET** for a

**CHANGE OF PLEA HEARING**

**THURSDAY, JUNE 6, 2024 at 10:30 a.m.**

before the Honorable **FEDERICO A. MORENO,** United States District Judge, in Courtroom 12-2, 12th Floor, United States Courthouse, 400 N. Miami Avenue, Miami, Florida 33128.

Dated: 05/28/2024

**ANGELA NOBLE**
CLERK OF COURT

cc:

AUSA:
All counsel of record

By: _____
**SHIRLEY CHRISTIE**
Courtroom Deputy