**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cr-20039-FAM**

**UNITED STATES OF AMERICA**

**v.**

**MICHAEL DEAN DREW,**

**Defendant.**

_______________________________/

## ACKNOWLEDGMENT OF OFFENSE ELEMENTS AND STIPULATION AS TO FACTUAL BASIS FOR GUILTY PLEA

I, MICHAEL DEAN DREW, agree that the facts set forth below are true and accurate and that the United States could prove these facts against me at trial. I am pleading guilty to Counts 1, 4, 6, 7, and 8, charging me with mailing threatening communications, in violation of 18 U.S.C. § 876(c).

I am pleading guilty because, on multiple occasions, I knowingly sent communications through the mail to federal judges and federal prosecutors with the intent to communicate a true threat. I am pleading guilty because I am in fact guilty of these charges. The following recitation of facts shall constitute the factual basis for each count.

## NATURE OF CHARGES TO WHICH I AM PLEADING GUILTY

I am aware of and understand the nature of the charges to which I am pleading guilty because I have discussed with my attorney the charges and what the prosecutor must prove to convict me.

I understand that the United States must prove the following facts and elements of the following offenses beyond a reasonable doubt:

**Counts 1, 4, 6, 7, and 8: Mailing Threatening Communications, in violation of 18 U.S.C. § 876(c).**

To prove this charge, the United States must prove the following elements beyond a reasonable doubt:

First: the defendant knowingly used the United States mail to send a true threat to injure the person of another; and

Second: the defendant sent the message with the intent to communicate a true threat or with the knowledge that it would be viewed as a true threat.

A "true threat" is a serious threat—not idle talk, a careless remark, or something said jokingly—that is made under circumstances that would place a reasonable person in fear of being injured.

**STIPULATED FACTS**

**The May 2023 Letter (Count 1)**

On or about May 4, 2023, the defendant knowingly used the United States Postal Service to mail a letter to the United States Courthouse at 400 North Miami Avenue, Miami, Florida 33128. The letter was sent from the defendant's place of incarceration at the Hamilton Correctional Institution (Annex) in Jasper, Florida and the return address included both his name and inmate number. The letter was specifically addressed to United States District Court Judge C.M.A. and contained threatening statements. The defendant knew the contents of the letter would be viewed as a true threat.

The letter reads as follows:

Dearest Swine,
Do you recall a federal inmate [*name*], who back in 2017 was trying to reduce his sentence, through you by using me to snitch on?

> Either way you are gonna die a violent death for doing the above. In the advent of the Trump sagas, more brothers on the outside are willing to take greater risk for political purposes. I'll spare you the details, just note your ass is on the list. I wanna hear about you being strangled to death. Don't think getting a judges adress is hard. [*Name of District Judge and address*]
> Watch your back Bitch
> Sincerely Fucking Serious
> Michael Drew [*symbol*]
> I want you to be strangled in front of a family member. All of you Judges are so blind to many cases you rule on. As in my case. I don't writ this because, I have some mental issue. I am actively trying to seek out like minded associates who wanna kill you, or any federal judge. I will succeed eventually.
> I am determined.
> My will is strong.
> P.S. You've been infected by powder in this envelope.

Approximately one month after the letter was sent, the defendant gave a post-*Miranda* statement to an FBI Special Agent. The defendant admitted to writing the letter and stated that he wrote it out of anger at federal judges. When confronted with the letter itself, the defendant insisted that he plans on its contents happening ~~and noted that he bought the powder from someone in prison, which he claims to have included to make law enforcement "work."~~ M.D. [initials]

**The August 2023 Letters (Counts 4 and 6)**

On or about August 28, 2023, the defendant knowingly used the United States Postal Service to mail two letters in one envelope to the United States Courthouse at 400 North Miami Avenue, Miami, Florida 33128. The letters were sent from the defendant's place of incarceration at the Martin Correction Institution in Indiantown, Florida and the return address on the envelope included both his name and inmate number. The letter was specifically addressed to United States District Court Judge P.A.S. and contained threatening statements. The defendant knew the contents of the letter would be viewed as a true threat.

The letter addressed to the Marshal Service reads as follows:

U.S. Marshal's Service

I write this to you, so you may know that I am recruiting as many fellow inmates as possible into the Aryan Nation gang.

These individuals will all be re-leased within a short period of time.

These individuals are extremely loyal to the Aryan Nation. We are all motivated to fulfill our cause [] the disruption of the United States government and the extermination of U.S. Marshal's abroad.

This letter serves as a declaration of our intent to declare war. Far to long have we sat idle and done nothing for the struggle of this country.

Donald Trump has inspired us to get motivated and ready for some real violence. Our first objective is to murder as many U.S. Marshals as possible. Starting with U.S. Marshal [*Name R.F.*]. Killing you motherfuckers will bring me great joy. I and my fellow comrades have taken a blood oath to kill, harass, terrorize, and destroy federal agents.

Take this lightly, and you will see our wrath. All of this is because Judge Timothy Carrigan denied my 2254 Federal Habeas Corpus Appeal and as a result he ruined my life. I am unable to let it go. If you only new the rage and vengeance I feel. The remander of my life will be dedicated to the above cause.

I could have gotten out in 2029. Ya'll will pay. I promise you.

I will never give up trying to kill you motherfuckers.

Sincerely,
Fucking Serious
Michael Drew [*symbol*]
c/o [*Judge's name P.S.*]
[*Name R.F.*]
U.S. Courthouse
400 N. Miami Avenue
Miami, FL 33128

The letter addressed to P.A.S. reads as follows:

Dishonorable [*Judge's name P.S.*]

You are part of a criminal conspiracy to undermine the justice system. As such open warfare exist. Your sentence is death by strangulation. I know where you live, I know what time you, come [] go from work to home.

You will suffer a slow death. Your arbitrary rulings are against the supreme laws of the country. Your kangaroo court will not stand much longer. The U.S. Marshals cannon save you from my determination and affiliates.

Your death will stand as an example to all of the other corrupt federal judges. Death will strike you at a time you least suspect. I take great pleasure in knowing you will suffer and die.

After you are strangled your body will be discarded as a piece of trash, thrown in a ditch. No one can prevent your end. The U.S. Marshals are as useless

as rats in a basement.

> Death, Death, your throat crushed and your body discarded.
> Die Bitch.
> Sincerely,
> Fucking Serious
> My people can get anyone: [*Names of federal prosecutors, phone number, and addresses listed.*]

**The September 2023 Letter - Atlanta (Count 7)**

On or about September 5, 2023, the defendant knowingly used the United States Postal Service to mail a letter to the United States Courthouse at 75 Spring Street, S.W., Atlanta, Georgia 30303. The letter was sent from the defendant's place of incarceration at the Martin Correction Institution in Indiantown, Florida, and the return address on the envelope included both his name and inmate number. The letter was specifically addressed to Assistant United States Attorney A.S. and contained threatening statements. The defendant knew the contents of the letter would be viewed as a true threat.

The contents of envelope included a "Waiver of Service of Process" addressed to A.S. At the top of the form was written "*Law of Unintended Consequences." The form was filled out to read "I acknowledge receipt of your request that I waive service of process in the lawsuit of Aryan Nation v. [*A.S*] in the US Court in Corrupt USA." The form also included the following language, "Indictment Death Certificate to: [*A.S.*]." The form was dated September 2, 2023, and was signed by "Michale SS Drew." At the bottom was written "Give me a Federal Evidentiary Hearing on my 2002 – State case within 30 days and the above will not happen."

On a separate piece of paper within the envelope, the defendant wrote the following:

> I thought I would let you know that, I've used all my stimulus money $3,200 to pay some gang members from the Atlanta area to see that you are brutally raped [and] murdered [and] your body thrown in a septic tank.
>
> Why? Because you tried to give me the max sentence but Judge Self [] (Macon,

GA) gave me 96 months. I know your address [at] home, same way, I got [*Federal Judge name*] (Fed Judge) ad[d]ress. So watch your back you stupid bitch. Take this threat lightly [and] you'll pay with your life. Open warfare exist and the incompetent coward ass U.S. Marshal Service cannot and will not save you.

Sincerely,
Fucking Serious
Michael Drew

[*Drawing of U.S. Attorney purportedly being raped.*]

or .308 caliber hollow point – 40 power Burris scope atop a Remington Model 700 sniper rifle. ( Right in your forehead bitch. [*Symbol*]

**The September 2023 Letter - Roanoke (Count 8)**

On or about September 5, 2023, the defendant knowingly used the United States Postal Service to mail a letter to the United States Courthouse, Richard H. Poff Federal Building, 210 Franklin Road, S.W., Roanoke, Virginia. The letter was sent from the defendant's place of incarceration at the Martin Correction Institution in Indiantown, Florida, and the return address on the envelope included both his name and inmate number. The letter was specifically addressed to Assistant United States Attorney L.D.R. and contained threatening statements. The defendant knew the contents of the letter would be viewed as a true threat.

The contents of envelope included a "Waiver of Service of Process" addressed to L.D.R. and P.M. The form was filled out to read "I acknowledge receipt of your request that I waive service of process in the lawsuit of Aryan Nation v. [*L.R.*] in the US Court in 4th Cir." The form also included the following language, "Indictment Death Certificate issued to: [*L.D.R. and P.M.*]." The form was dated September 3, 2023, and was signed by "Michale SS Drew." At the bottom of the form was a photograph of human skeletons labeled with the names of L.D.R. and P.M.

On a separate piece of paper within the envelope, the defendant wrote the following:

I thought you should know that a 'Death' contract has been put on your life, for what you did to my Aryan brother [*W.W.*]. Certain individuals who are loyal to the

Aryan Nation have vowed to stab you to death and burn your body and discard your burnt remains in a septic talk.

You can also convey to FBI Agent [*P.M.*] that his worthless life will meet the same end as yours, except that he will be shot in the face with a 12 gauge shot gun. You tell him he should have never installed that software on [*W.W's*] computer and server. If I am informed that either or you have small children as relatives, I'll find there locations, school, home, etc., and have my loyal comrades rape them with rusty 10" butcher knives.

Do not take these threats lightly. I vow to see them done within the coming new year of 2024.

Sincerely
Fucking Serious
SS
Zeig Heil
'Death Certificate'

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 6/6/24 ______________________
DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY

Date: 6/6/24 ______________________
ASHLEY KAY
ATTORNEY FOR DEFENDANT

Date: 6/6/24 ______________________
SOGOL GHOMESHI
ATTORNEY FOR DEFENDANT

Date: 6/6/24 ______________________
MICHAEL DEAN DREW
DEFENDANT